JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE SANTOS, an individual,

Plaintiff,

v.

AMERICA'S WHOLESALE LENDER, et al.

Defendants.

Case No. EDCV 09-00745-VAP (FFMx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Countrywide Home Loans, Inc., individually and d/b/a America's Wholesale Lender, Mortgage Electronic Registration Systems, Inc., and Recontrust Company, N.A. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: August 11, 2009

Virginia A. Phillips

VIRGINIA A. PHILLIPS
United States District Judge